217 U.S. 593
 30 S.Ct. 694
 54 L.Ed. 896
 JOSEPH WENAR, Appellant,
v.
WILLIAM A. JONES, Bishop of Porto Rico.
 No. 143.
 Supreme Court of the United States
 April 25, 1910
 
 Mr. Willis Sweet for appellant.
 Messrs. Frederic R. Coudert, Paul Fuller, and Howard Thayer Kingsbury for appellee.
 
 Per Curiam:
 
 
 
 1
 Appeal dismissed for want of jurisdiction. Harrington v. Holler (Crawford v. Haller) 111 U. S. 796, 28 L. ed. 602, 4 Sup. Ct. Rep. 697, and cases cited.